UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT LEE GHOLSTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON BARNES, Warden,<br><br>　　　　　Respondent.<br>_____ | Case No. EDCV 13-283 DDP(JC)<br><br>(~~PROPOSED~~) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the Superseding Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), the Magistrate Judge's October 30, 2013 order ("October 2013 Order") denying petitioner's request to stay this action and hold the proceedings in abeyance pending his exhaustion of additional claims in the California courts ("Stay Request"), and petitioner's Objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate

Case 5:13-cv-00283-DDP-JC   Document 36   Filed 02/16/16   Page 2 of 2   Page ID #:469

in the Report and Recommendation, including the October 2013 Order which is attached to and incorporated by reference therein, and overrules the Objections.

IT IS ORDERED that: (1) the Stay Request is denied; (2) the Petition is denied on its merits; and (3) this action is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation (including the October 2013 Order), and the Judgment herein on counsel for petitioner and respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _February 16, 2016__

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE