UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVERETT LEE GHOLSTON, | ) | Case No. EDCV 13-283 DDP(JC) |
| Petitioner, | ) | (~~PROPOSED~~) JUDGMENT |
| v. | ) | |
| RON BARNES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _February 16, 2016___

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE